IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KENNETH LEWIS                                                      PLAINTIFF

       v.                                   CIVIL NO. 13-2158

CAROLYN W. COLVIN[1], Commissioner
Social Security Administration                             DEFENDANT

## O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. ECF Nos. 1, 2. The undersigned finds that more information is needed to rule on Plaintiff's IFP application.

The application indicates that Plaintiff is receiving Arkansas-Oklahoma Gas Company pension and gas well land royalties. It does not, however, indicate the amount received from these sources. Without this information, the Court cannot rule on Plaintiff's application. Accordingly, Plaintiff is directed to file an amended application on or before July 8, 2013. Should Plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED this 24th day of June 2013.

                                                    /s/ *J. Marschewski*
                                                    HON. JAMES R. MARSCHEWSKI
                                                    CHIEF U.S. MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Social Security Commissioner on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin has been substituted for Commissioner Michael J. Astrue as the defendant in this suit.